Side Savings Company from having a sale of the property of the Friel Coal Mining Company, made under their respective executions, and to have judgment upon which executions were issued declared fraudulent and void, and the property subjected to the payment of the complainant's claim.

The appeal is taken from a decree of the chancellor, in which the appellants assign as error the fixing by the court in its final decree the value of the property shown by the record to have been given over to the South Side Savings Bank at $1,000 and fixing the amount of the court's decree against the defandant at that sum. Affirmed.

Opinion by HEAD, J.

---

# McCalley & Co. v. Otey.

APPEAL from Madison Chancery Court.

Heard before the Hon. THOMAS COBBS.

W. A. GUNTER, for appellants.

TANCRED BETTS, contra.

The bill was filed by McCalley & Co., as simple contract creditors of the appellee, Octavia A. Otey, to subject lands alleged to have been conveyed by her in fraud of creditors to her co-defendants. The decree of the chancellor holding that the conveyance was merely constructively fraudulent, is reversed and remanded.

Opinion by HARALSON, J.

BRICKELL, C. J., not sitting.

---

# Woods v. The State.

APPEAL from Shelby County Court.

Tried before the Hon. JOHN S. LEEPER.